UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD TATE,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00825-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S INQUIRY ABOUT ORDERS ENTERED IN THIS CASE<br><br>(ECF NO. 11) |

Daniel Lee Thornberry ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 25, 2019, Plaintiff filed an inquiry regarding whether orders have been entered in this case.[1] (ECF No. 11). Plaintiff states that he has not received anything from the Court since he declined magistrate jurisdiction, and appears to be worried that he has not received orders that have been entered on this case.

The only order the Court entered since Plaintiff declined magistrate judge jurisdiction is a screening order (ECF No. 10). The screening order was mailed to Plaintiff on October 18, 2019.

---

[1] Plaintiff also inquires about orders entered in Case No. 1:19-cv-01041. However, as the undersigned is not the magistrate judge assigned to Case No. 1:19-cv-01041, this order relates only to orders entered in this case.

1

As Plaintiff's inquiry is dated October 20, 2019, it seems likely that Plaintiff did not receive the screening order prior to filing his inquiry. If Plaintiff receives this order but has not received the screening order, Plaintiff should file a motion for a copy of the screening order.

IT IS SO ORDERED.

Dated:   **October 31, 2019**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE