UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HAROLD TATE,<br><br>　　　　Defendant. | Case No. 1:19-cv-00825-AWI-EPG (PC)<br><br>ORDER REQUIRING DEFENSE COUNSEL TO RESPOND TO PLAINTIFF'S MOTION TO HAVE THE COURT ARRANGE FOR PLAINTIFF'S ATTENDANCE AND PARTICIPATION IN THE SCHEDULING CONFERENCE |

　　　　Daniel Lee Thornberry ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On October 26, 2020, Plaintiff filed a motion to have the Court arrange for his attendance and participation in the scheduling conference. (ECF No. 32). Plaintiff alleges that he contacted the litigation coordinator at his institution of confinement, as well as his correctional counselor, but neither have assisted Plaintiff in arranging for Plaintiff's attendance at the upcoming scheduling conference. Plaintiff was told that he needs to use CourtCall and pay the CourtCall fees.

　　　　Given Plaintiff's allegations, the Court will require defense counsel to file a response,

1

confirming whether he has, or will, arrange for Plaintiff's attendance at the scheduling conference. The Court notes that it uses a toll-free number for its scheduling conferences, not CourtCall, as indicated in its prior order.

Accordingly, IT IS ORDERED that defense counsel has seven days from the date of service of this order to file a response to Plaintiff's motion, confirming whether he has, or will, arrange for Plaintiff's attendance at the scheduling conference.

IT IS SO ORDERED.

Dated: **October 27, 2020**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE