UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD TATE,<br><br>Defendant. | Case No. 1:19-cv-00825-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO HAVE THE COURT ARRANGE FOR PLAINTIFF'S ATTENDANCE AND PARTICIPATION IN THE SCHEDULING CONFERENCE AS MOOT<br><br>(ECF No. 32) |

Daniel Lee Thornberry ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 26, 2020, Plaintiff filed a motion to have the Court arrange for his attendance and participation in the scheduling conference. (ECF No. 32). Plaintiff alleges that he contacted the litigation coordinator at his institution of confinement, as well as his correctional counselor, but neither have assisted Plaintiff in arranging for Plaintiff's attendance at the upcoming scheduling conference. Plaintiff was told that he needs to use CourtCall and pay the CourtCall fees.[1]

---

[1] The Court notes that it uses a toll-free number for its scheduling conferences, not CourtCall, as indicated in its prior order.

1

On November 3, 2020, defense counsel filed a response. (ECF No. 34). According to defense counsel, defense counsel provided the relevant orders to the litigation coordinator at Plaintiff's institution of confinement, and was advised that arrangements would be made to accommodate Plaintiff's appearance at the November 10, 2020 conference.

As it appears that defense counsel has already arranged for Plaintiff's attendance and participation in the November 10, 2020 conference, without cost to Plaintiff, IT IS ORDERED that Plaintiff's motion to have the Court arrange for his attendance and participation in the scheduling conference is DENIED as moot.

IT IS SO ORDERED.

Dated:   **November 4, 2020**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE