UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY,<br><br>      Plaintiff,<br><br>   v.<br><br>HAROLD TATE,<br><br>      Defendant. | Case No. 1:19-cv-00825-AWI-EPG (PC)<br><br>ORDER VACATING DISCOVERY AND STATUS CONFERENCE |

On November 10, 2020, the Court set a telephonic discovery and status conference. (ECF No. 38). The conference is currently set for May 24, 2021, at 3:00 p.m. (Id.).

In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the telephonic discovery and status conference is VACATED. This order does not alter the deadline to file motions to compel, which is April 26, 2021. Responses to motions to compel are due within twenty-one days after the motion is filed.[1]

IT IS SO ORDERED.

   Dated:   **February 16, 2021**                    /s/ *Erica P. Grosjean*
                                                             UNITED STATES MAGISTRATE JUDGE

---

[1] If after reviewing a motion to compel the Court determines that a hearing would be beneficial, the Court will set a hearing on the motion.