UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD TATE,<br><br>　　　　　　　　　　　　Defendant. | Case No. 1:19-cv-00825-AWI-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 46) |

　　Daniel Lee Thornberry ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this action.

　　On October 8, 2021, Defendant filed a motion for summary judgment. (ECF No. 42). Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, Local Rule 230(l), but did not do so. Therefore, the Court ordered Plaintiff to file an opposition or a statement of non-opposition within thirty days. (ECF No. 43). The Court warned Plaintiff that if he failed to comply with the order, "in ruling on Defendant's motion for summary judgment the Court may treat the facts asserted by Defendant in his motion for summary judgment as undisputed. Alternatively, the Court may recommend that this case be dismissed for failure to prosecute and failure to comply with a court order." (Id. at 2). Plaintiff's thirty-day deadline passed, and Plaintiff once again failed to file an opposition or a statement of

\\\

non-opposition.[1]  Accordingly, on December 28, 2021, the Court issued findings and recommendations, recommending that this action be dismissed, without prejudice, for failure to comply with a court order and to prosecute this case.  (ECF No. 45).

On January 5, 2022, Plaintiff filed objections to the Court's findings and recommendations. (ECF No. 46).  Plaintiff states that he has been preparing his opposition and that the law library is currently closed due to COVID-19 concerns.  Plaintiff asks for an additional thirty days to file his opposition to the motion for summary judgment.

The Court will not vacate its findings and recommendations at this time.  However, the Court will hold its Findings and Recommendations in abeyance for thirty days.  If Plaintiff fails to file any opposition within that time period, the district judge may rule on the pending findings and recommendations and dismiss the case without further notice to Plaintiff.

While the Court is granting Plaintiff's request for an extension of time, the Court notes that Plaintiff did not file any evidence regarding his attempts to access the law library or paging services, or the Institution's response(s) to his request(s).  If Plaintiff needs an additional extension of time to file his opposition, he should include such evidence with his motion for an extension of time.  If Plaintiff fails to include such evidence, the Court may deny Plaintiff's motion.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff has thirty days from the date of service of this order to file his opposition to Defendant's motion for summary judgment.

IT IS SO ORDERED.

   Dated:  **January 6, 2022**        /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff alleges that he filed a motion for an extension of this deadline (ECF No. 46, p. 2), but the Court did not receive any such motion.