UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HAROLD TATE,<br><br>　　　　Defendant. | Case No. 1:19-cv-00825-AWI-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 52)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STATUS CONFERENCE AS MOOT<br><br>(ECF No. 51)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO PLAINTIFF AT CALIFORNIA MEDICAL FACILITY |

　　　On March 7, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 52).[1] In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to terminate all pending motions and deadlines and close this case.

---

[1] On March 7, 2022, Plaintiff filed a motion for a status conference for the purpose of informing Plaintiff as to the status of the dispositive paperwork and as to why it has not been provided to Plaintiff for signing and filing. (ECF No. 51). The Court notes that Plaintiff's motion is dated two days before the date he signed the stipulation for voluntary dismissal. The dispositive paperwork (the stipulation for dismissal) has now been signed by both parties, has been filed, and a copy was mailed to Plaintiff. (ECF No. 52). Accordingly, Plaintiff's motion is DENIED as moot.
　　The Court also notes that in his motion Plaintiff states that he is temporarily being housed at California Medical Facility. It is Plaintiff's responsibility to file a notice of change of address when he is transferred to a different institution. Failure to do so may lead to Plaintiff not receiving orders issued by the Court.

1

Additionally, the Clerk of Court is directed to send a copy of this order to Plaintiff at: California Medical Facility, P.O. Box 2000, Vacaville, CA 95696.

IT IS SO ORDERED.

Dated: **March 9, 2022**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE